IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ASHKER,<br><br>    Plaintiff,<br><br>  v.<br><br>MATHEW CATE, et al.,<br><br>    Defendants. | No. 09-02948 CW<br><br>ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION |

    Plaintiff Todd Ashker requests an additional forty-five days to file an opposition to Defendants' motions to dismiss and for summary judgment.  Defendants have filed a notice of non-opposition.  For good cause appearing, the Court grants Plaintiff's motion for an extension of time.  Plaintiff's opposition is due on or before June 27, 2011.

    IT IS SO ORDERED.

Dated: 5/24/2011

                                          CLAUDIA WILKEN<br>                                          United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

TODD ASHKER,

        Plaintiff,

  v.

MATHEW CATE et al,

        Defendant.

Case Number: CV09-02948 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 24, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Todd Ashker C58191
D1-119
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532

Dated: May 24, 2011

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk

2