United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TODD ASHKER,

Plaintiff,

v.

MATHEW CATE, et al.,

Defendants.

________________________________/

No. 09-02948 CW

ORDER GRANTING PLAINTIFF'S MOTION FOR DEFENDANTS' TO PHOTOCOPY HIS OPPOSITION

Pro se Plaintiff Todd Ashker, an inmate at Pelican Bay State Prison (PBSP), moves for an order for Defendants to photocopy his opposition to Defendants' motion for summary judgment. Plaintiff states that California Department of Corrections and Rehabilitation Operations Manual § 101120.15 prohibits PBSP staff from duplicating legal documents exceeding 100 pages in the absence of a court order directing the duplication. Plaintiff states his opposition consists of a fifteen-page brief, an eleven-page declaration and 250 pages of exhibits and because, in total, it is over 100 pages, PBSP staff may not photocopy it.

Because Plaintiff is opposing a motion for summary judgment, in which he must submit evidence to raise a triable issue of material fact, the Court grants Plaintiff's motion and orders PBSP

United States District Court
For the Northern District of California

staff to duplicate Plaintiff's opposition, declaration and exhibits.

IT IS SO ORDERED.

Dated: 7/6/2011

CLAUDIA WILKEN
United States District Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

TODD ASHKER,

Plaintiff,

v.

MATHEW CATE et al,

Defendant.
_______________________________________/

Case Number: CV09-02948 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 6, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Todd Ashker C58191
D1-119
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532

Dated: July 6, 2011

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk